

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| QUENTIN COLE ARMSTRONG, JR., | | No. 08-16-00223-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 143rd District Court |
| | § | |
| PAUL C. ARMSTRONG, | | of Reeves County, Texas |
| | § | |
| Appellee. | | (TC # 14-10-20808-CVR) |
| | § | |

**J U D G M E N T**

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment for Appellant. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2018.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.